UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOUS ZUHER JARRAR,<br>　　　　　Petitioner,<br>　　v.<br>ERIC HOLDER, et al.,<br>　　　　　Respondents. | Case No.  14-cv-01566-JCS (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges his continued detention pursuant to an order of removal from the United States Immigration and Customs Enforcement, is TRANSFERRED to the Ninth Circuit Court of Appeals because that is the sole judicial body able to review this petition which involves an order of removal.  *See Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1052–53 (9th Cir. 2005).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  May 8, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge